UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **REGINALD BALDWIN** | **DOCKET NO. 1:22-CV-2111** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **USP POLLOCK, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 12], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that COMPLAINT and AMENDED COMPLAINT [Docs. 1, 7] are DENIED and DISMISSED under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A, WITH PREJUDICE to being asserted again until Plaintiff meets the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994). *See DeLeon v. City of Corpus Christi*, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers this 1ST day of November 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE